UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

THOMAS SCHIFFLER AND           Civil No. 07-4303 (JRT/LIB)
BRITTANY SCHIFFLER,

                 Plaintiffs,
                                                **ORDER ADOPTING REPORT**
v.                                                **AND RECOMMENDATION**

HOME DEPOT USA, INC., JOHN DOE,
RICHARD ROE, AND XYZ ENTITY,

                 Defendants,

_____

      Michael Bryant, **BRADSHAW & BRYANT PLLC**, 1505 Division Street, Waite Park, MN 56387, for plaintiff.

      Dale Thornsjo and Margaret Santos, **O'MEARA LEER WAGNER & KOHL, PA**, 7401 Metro Boulevard, Suite 600, Minneapolis, MN 55439, for Defendant Home Depot USA, Inc.

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.     Defendant's Motion for Partial Summary Judgment, [Docket No. 60], is **GRANTED** as to (1) Plaintiff's claim for defective or inadequate instructions or warnings; (2) Plaintiff's manufacturing defect claim; (3) Plaintiff's express warranty

claim; (4) Plaintiff's implied warranty claim, to the extent not merged into the legal doctrine of design defect; and (5) Ms. Schiffler's claim for loss of consortium; each of which Plaintiff and Ms. Schiffler have waived on the record.

    2.    Defendant's Motion for Partial Summary Judgment, [Docket No. 60], is **GRANTED** as to Plaintiff's head injury claims.


DATED: March 13, 2013
at Minneapolis, Minnesota

                                                      s/John R. Tunheim_____
                                                   JOHN R. TUNHEIM
                                        United States District Judge